# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00270-FDW-DSC

| | | |
|---|---|---|
| ANA DUARTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRUIST BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Discovery Responses" (document # 22) filed December 15, 2020, as well as the parties' briefs and exhibits.

Plaintiff seeks to compel responses to her discovery requests, which focus primarily on Defendant's alleged automatic telephone dialing system. Defendant has objected on grounds of relevance, insufficiently defined terms and other boilerplate assertions. For the reasons set forth in Plaintiff's briefs, Defendant's objections are overruled and the Motion is <u>granted</u>. Within fifteen days of this Order, Defendant shall produce complete supplemental responses to each of Plaintiff's discovery requests. The parties will bear their own costs at this time.

If the parties contend that an additional protective order is needed, a motion and proposed consent protective order may be submitted. If the parties cannot agree, each party may present a proposed protective order.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**. Signed: January 12, 2021

_____
David S. Cayer
United States Magistrate Judge