# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00270-FDW-DSC

| | |
|---|---|
| ANA DUARTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUIST BANK, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiff's Second Motion to Compel Discovery Responses and for Sanctions" (document # 54) filed April 29, 2021, as well as the parties' briefs and exhibits.

This Motion centers on Defendant's alleged automatic telephone dialing system. For the reasons stated in Plaintiff's briefs, the Motion is <u>granted</u> as to production of handbooks, training materials and other documentation whether developed by or branded as Mosaix or Avaya. Within fifteen days of this Order, Defendant shall produce complete supplemental responses in this regard. If Defendant contends that it has already made full production, it shall so state in a verified discovery response. Otherwise, Plaintiff's Motion is <u>denied</u>.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 29, 2021

David S. Cayer
United States Magistrate Judge