UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-CV-00270-FDW-DSC

| | |
|---|---|
| ANA DUARTE, <br><br> **Plaintiff,** <br><br> v. <br><br> TRUIST BANK, <br><br> **Defendant.** | **ORDER** |

THIS MATTER is before the Court, *sua sponte*, as to the trial setting in this matter, which is currently scheduled to begin with docket call on September 13, 2021. Because of the Court's crowded docket, and the need to prioritize criminal trials, the Court hereby CONTINUES trial in this matter to the mixed term beginning November 1, 2021.

IT IS SO ORDERED.

Signed: August 24, 2021

Frank D. Whitney
United States District Judge