UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00270-FDW-DSC

| | |
|---|---|
| ANA DUARTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER and |
| ) | NOTICE OF HEARING |
| TRUIST BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Notice of Settlement (Doc. No. 70) filed on October 19, 2021, wherein Plaintiff asserts that "[t]he Parties are in the process of completing the final settlement documents" and requests the Court vacate all pending deadlines and hearings in this matter. (Doc. No. 70). The Court interprets Plaintiff's request as a Motion to Stay Proceedings. This matter is docketed for trial beginning November 1, 2021, and, although it appears the parties will finalize the settlement process, the Court finds no sufficient basis under the current record to stay deadlines or continue trial. Accordingly, the Court DENIES Plaintiff's Motion to Stay Proceedings (Doc. No. 70).

Counsel is hereby advised that they are expected to appear for: (1) docket call at 9:00 a.m. on November 1, 2021; (2) a pretrial conference immediately following docket call; and (3) jury selection on November 2, 2021. The parties' jointly prepared pretrial submissions required under the Case Management Order in this matter (Doc. No. 18) shall be due October 29, 2021, which is as late as practicably possible given the trial setting in this matter. Of course, the parties can file their Stipulation of Dismissal at any time, including prior to docket call, at which time the Court

will remove this case from the trial calendar and terminate the deadlines set forth herein.[1]

IT IS THEREFORE ORDERED that Plaintiff's Motion to Stay Proceedings (Doc. No. 70) is DENIED, and the parties' jointly prepared pretrial submissions shall be due October 29, 2021.

TAKE NOTICE that a pretrial conference shall take place in this matter immediately following docket call on November 1, 2021, in Courtroom #5B of the Charles R. Jonas Building, and jury selection will take place with the other matters appearing on the docket for this trial term on November 2, 2021.

IT IS SO ORDERED.

Signed: October 21, 2021

_____
Frank D. Whitney
United States District Judge

---

[1] The Court notes, however, that Case Management Order in this case provides:
> Whenever a civil action scheduled for a jury trial is settled or otherwise disposed of in advance of the actual trial, the Court may assess all jurors' costs (including Marshal's fees, mileage reimbursement, and per diem fees) equally against the parties or otherwise may determine appropriate assessments, unless the Clerk's office is notified at least one (1) full business day prior to the date on which the action is scheduled for trial or the parties establish good cause why the Court should not assess jury costs against them.

(Doc. No. 18, pp. 13-14). The stipulation of dismissal, if filed on October 29, 2021, must therefore by filed no later than 11:00 a.m. that day to give the Clerk of Court sufficient time during the business day to advise the jurors who are selected that they need not appear for trial on November 1, 2021.